AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | Case: 1:22-mj-00029 |
| v. | ) | Assigned to: Judge Faruqui, Zia M. |
| Sterling Carter | ) | Assign Date: 2/14/2022 |
| DOB: ▓▓▓▓ | ) | Description: COMPLAINT W/ ARREST WARRANT |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  November 2019 to January 2021  in the county of _____ in the _____ District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 641 | Theft of Public Funds |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Frank G. D'Amico, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date:  02/14/2022

*Judge's signature*

City and state:  Washington, D.C.    Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*